UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DAVID WIDI, )<br>)<br>Defendant. ) | Docket no. 09-CR-9-P-S |

## ORDER ON MOTION TO CORRECT THE RECORD

The Government has filed a Motion to Correct the Record (Docket # 147) asking the Court to amend its Order on Motion to Suppress and Supplemental Motion to Suppress (Docket # 136). Defendant does not oppose the Government's motion.

Accordingly, the Government's Motion to Correct the Record (Docket # 147) is GRANTED. On page 3 of the Court's Order on Motion to Suppress and Supplemental Motion to Suppress (Docket # 136), the sentence that states: "Agent McNeil arranged for the van to be towed to the impound lot." is STRICKEN and REPLACED by the following: "Eliot Police Officers arranged for the van to be towed to the impound lot."

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 4th day of March, 2010.