# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Docket no. 09-CR-9-P-S |
| DAVID WIDI, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON DEFENDANT'S MOTION
## REGARDING COMPELLED MEDICAL TESTING

Before the Court is the Defendant's Sealed Ex Parte Motion Regarding Compelled Medical Testing (Docket # 278). Upon initial review, the Court RESERVES RULING on the Pro Se Motion but determines that it is not properly maintained as a sealed or ex parte motion. Therefore, the Clerk is hereby ORDERED to unseal Defendant's Motion (Docket # 278) and provide the Government notice of the Motion. While the Court believes its jurisdiction over this matter is very limited, the Court will rule upon Defendant's Motion to the extent it can be read as seeking reconsideration and/or clarification of this Court's November 24, 2010 Order on Motion to Compel (Docket # 276). The Government is hereby directed to respond to the Motion (Docket # 278) no later than December 16, 2010. No replies will be permitted.

As Defendant has filed this motion on a pro se basis, the Clerk is directed to mail a copy of this Order directly to Defendant. The Government is also directed to mail a copy of its response directly to Defendant and to ensure that Attorneys Rodway and Hewes receive notice of all filings related to the pending motion.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 2nd day of December, 2010.