# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Docket no. 2:09-cr-00009-GZS |
| DAVID WIDI, | ) | |
| | ) | |
| Defendant. | ) | |

## PROCEDURAL ORDER ON PENDING PETITION

Before the Court is a petition seeking revocation of David Widi's supervised release (ECF No. 456). The Court hereby RESERVES RULING on this petition.

As discussed on the record at the December 17, 2018 conference of counsel, the Court will reserve ruling on the petition until April 17, 2019 provided that Mr. Widi: (1) complies with all of the previously imposed terms of his supervised release, and (2) makes monthly payments of at least $20 per month towards his court-appointed counsel fees. Said payments shall be made no later than the 15th of each month with the first payment due by January 15, 2019. If Mr. Widi fails to meet these conditions, the Court reserves the right to immediately schedule a final hearing on the pending petition to revoke supervised release.

Absent some additional order of this Court, the Court will hold a conference of counsel on April 17, 2019 at 11 A.M. Counsel shall confer with Probation and the Clerk's Office prior to this conference to determine if the conditions outlined above have been met and the total amount that Mr. Widi has paid toward his fees since the entry of this Order. At the conference, assuming all of the conditions have been met and Probation for the District of New Jersey has consented to a transfer of supervision, the Court will execute the necessary documents to transfer Widi's supervision to the District of New Jersey and dismiss the pending petition.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of December, 2018.